IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:14CR186 |
| vs. | |
| CHRISTINA HINGORANI, | ORDER |
| Defendant. | |

Defendant Christina Hingorani appeared before the court on Thursday, August 31, 2017 on a Petition for Warrant for Offender Under Supervision [112]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. A preliminary examination was held. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon. The government moved for detention. A detention hearing was held. Since it is the defendant's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is not a danger, the court finds the defendant has failed to carry her burden and that she should be detained pending a dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 13, 2017 at 3:00 p.m. Defendant must be present in person.

2. The defendant, Christina Hingorani, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 31st day of August, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge